Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim

for Compensation under the Workmen's Compensation Law, Made by LENA STROHMAIER, on Behalf of Herself and Minor Children, Respondent, for the Death of KARL STROHMAIER, Deceased, v. FRED WEISEL, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY OF BALTIMORE, Insurance Carrier, Appellants.— Motion denied.